■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL KERR, Appellant.—Judgment unanimously affirmed and counsel's motion to withdraw granted (see *People v Crawford,* 71 AD2d 38). (Appeal from judgment of Monroe County Court—criminal sale controlled substance, third degree.) Present—Cardamone, J. P., Simons, Schnepp, Doerr and Moule, JJ.

■ In the Matter of HERRING COLLEGE. ROBERT J. HANRAHAN, Appellant; BOARD OF TRUSTEES OF HERRING COLLEGE, Respondent.—Order unanimously affirmed, without costs, for the reasons stated at Special Term, Tenney, J. (Appeal from order of Jefferson Supreme Court—attorneys' fees.) Present—Cardamone, J. P., Simons, Schnepp, Doerr and Moule, JJ.

■ PHILIP LANZATELLA, Respondent, v DONALD A. DEMING, Appellant, and IRONDEQUOIT PRESS, Respondent.—Order unanimously affirmed, without costs (see *Clark v McGee,* 49 NY2d 613). (Appeal from order of Monroe Supreme Court—summary judgment.) Present—Cardamone, J. P., Simons, Schnepp, Doerr and Moule, JJ.